DENNIS A. DUFFY, as Administrator of the Estate of DENNIS DUFFY, JR., Deceased, Appellant, v. E. I. DuPONT DE NEMOURS & COMPANY et al., Defendants, and M. A. HENRY CO., INC., Respondent.— In an action by the administrator of a deceased infant to recover for personal injuries which the infant sustained before his death, order dismissing the complaint on the ground that the action is barred by the Statute of Limitations unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *post,* p. 994.]

ELMORE L. KEENER, Doing Business as KEEN-AIRE BUSINESS ASSOCIATES, Respondent, v. MARGARET C. STERLING, Individually and as Executrix of HARRY STERLING, Deceased, Appellant.— In an action to recover damages for breach of a brokerage contract and for fraud, order denying defendant's motion to dismiss the second cause of action set forth in the complaint, etc., modified as follows: (a) by striking from the first ordering paragraph the word " denied " and inserting in place thereof the word " granted "; (b) by striking out the second ordering paragraph; (c) by striking out the third ordering paragraph and inserting in place thereof the following: " ORDERED that the plaintiff is hereby granted the right to serve an amended complaint, if he be so advised, setting forth any additional causes of action "; and (d) by striking out the fourth ordering paragraph. As thus modified, the order is affirmed, with $10 costs and disbursements to appellant, and with leave to serve an amended complaint within ten days from the entry of the order hereon. The second cause of action, as alleged, is insufficient in that there are no allegations of fact showing that any fraudulent representations induced forbearance and delay in bringing the action or that the delay resulted in damage to plaintiff. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

CARRIE S. MASTANTUONO, Respondent, v. ANDREW SCURACHIO, Appellant.— In an action for an injunction restraining interference with the possession of real property and for other relief, order granting an injunction, *pendente lite,* restraining such interference by appellant and granting incidental relief, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

JOSEPH MEANEY, an Infant, by JOHN M. MEANEY, His Guardian ad Litem, et al., Respondents, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— In an action by an infant plaintiff to recover damages for negligence of defendant whereby he was struck by a train at a crossing, and by his father for expenses and loss of services, judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post,* p. 994.]

SALVATORE ONDATO, Respondent, v. CORNELIUS J. O'CONNELL, Appellant.— Action to recover for property damage to plaintiff's vehicle as a consequence of a collision with it by a bus operated by the defendant. Order of the Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, entered on the verdict of a jury in favor of the plaintiff, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *post,* p. 995.]